U.S. District Court
Abilene Division:

Allen J. Granger
v.
Major Starbour
Food Service Mgr.
And others

Misc #

Memorandum:

Within the authority of the Administrative Procedure Act: This court is given to notice to enforce injunctive relief permantly: to eliminate the ongoing starrasment of the Food Service Dept. attempting to force petitioner to work; who is not of able body status: and who's labor is to be rewarded with; the pay of it's daily use of [Allen James Granger] which amounts to $500,000.00 per use: via Trade Mark copyright property: as stated

(1)

THE NAMED MANAGER HAS AGREED TO THE LIABILITY VIA NON-COMPLIANCE; ALL ACTS ARE IN DEFAULTS; AND NOTICE IS GIVEN TO COURT; TO ENFORCE ALL CONDITIONS OF CONTRACT; AS STATED IN COPYRIGHT AGREEMENT; NOTICE WAS/HAS BEEN GIVEN ON ALL FRONTS; AND THE CONTINUED HARASSMENT PRE PERSIST: NOTICE IS ALSO GIVEN THATS ANY AND ALL SIGNATURES ARE RECINDED; AND WERE DONE UNDER DURESS!

ALSO NOTICE IS GIVEN TO THIS COURT IN THE MATTER OF [ALLEN JAMES GRANGER] + LYNN DEAN; MY WIFE; WHO HAS BEEN REMOVED/PENALIZED BY A ———— [BRAKAYLA HOUSTON] OF TDCJ. DIRECTOR'S COMMITTE FOR REVIEW; WHO DENIED MS. DEAN; HER RIGHT TO TALK TO HER HUSBAND; + CHILDS FATHER!

[BryKayla Houston's] actions incriminated Ms Dean's "absolute right to be free of such; unwarranted actions of a <u>Person of One</u>", with other people who share the work; Ms. Dean has a vested right in Mr. Zranger, and given the biased and strong opinions already formed decisions. Zranger had no notice of action being taken against Ms. Dean: Ms. Dean's was retaliated against for ability to have Mr Zranger's right's not to be violated by the state employee at the Alred Unit in Iowa Park, Texas.

Mr. Zranger has suffered unwarranted stress not knowing if wife was alive or deceased; no act's constituted criminal act's on her & his behalf

For the enclosed violations of my secured rights and for the forced attempts of by harrasment, & tresspass: Court order in sum certain $500,000.00 to be issued to inmate trust fund, as judgement is binding as well as parties are binded via copyrighted security agreement.

And for My [Brakayla Houston] Infringement on petitioner's right; $500,000.00 sum certain

Brakayla Houston can be reached at DRC. P.O.Box 99, Huntsville Texas 77342-0099

Ms. Harbour can be reached - Robertson unit 12051 F.M.3522 Abiline Tx. 79601

For Process + Serving. By U.S. Marshall's Service.

Also issue order; to have Ms. Dean phone along with Mr. Granger restored.

/s/ [signature]



Mr. Allen J. Granger
20270 Mi 3522
Abilene Texas 79601

U.S. District Court
Clerk
P.O. Box 1218
Abilene Texas 79604

RECEIVED
DEC 18 2023
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

PRIVILEGED — DO NOT OPEN
NOT INSPECTED BY TEXAS
DEPARTMENT OF CRIMINAL
JUSTICE - CORRECTIONAL
INSTITUTIONS DIVISION