# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# ABILENE DIVISION

| | | |
|---|---|---|
| ALLEN J. GRANGER,<br>Institutional ID No. 1449194 | § § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 1:23-CV-00238-C |
| MAJOR HARBOUR, *et al.*, | § § § | |
| Defendants. | § | |

## JUDGMENT

For the reasons stated in the Court's Order of even date,

It is ORDERED, ADJUDGED, AND DECREED that Plaintiff's civil rights complaint is dismissed pursuant to the three-strikes provision of 28 U.S.C. § 1915(g).

Dated  Dec. 20, 2023 .

_____
SAM R. CUMMINGS
Senior United States District Judge